**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:24-cv-24044-RNS**

YVETTE NARANJO,

Plaintiff,

v.

THE PLATINUM CONDOMINUM ASSOCIATION, INC., FIRST SERVICE RESIDENTIAL FLORIDA, INC., AND ADRIANA OLMOS,

Defendants.
_______________________________________/

**MEDIATION REPORT**

This matter was mediated before the undersigned mediator on August 19th, 2025. The mediation was conducted via Zoom teleconference, and all parties participated. The matter resolved. The parties will file appropriate dismissal paperwork.

Dated: August 22, 2025

Respectfully Submitted,

*Robyn S. Hankins*
Certified Mediator – Florida Supreme Court
Florida Bar No. 0008699
ROBYN S. HANKINS, P.L.
1217 Merlot Dr.
Palm Beach Gardens, Fl. 33410
Telephone: (561) 721-3890
robyn@hankins-law.com
scott@hankins-law.com

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: ***/s/Robyn Hankins***
Robyn Hankins