UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
CASE NO.: 1:24-cv-24044-RNS

YVETTE NARANJO,

Plaintiff,

v.

THE PLATINUM CONDOMINIUM ASSOCIATION, INC., FIRST SERVICE RESIDENTIAL FLORIDA, INC., and ADRIANA OLMOS,

Defendants.
_______________________________________/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, YVETTE NARANJO, hereby dismiss all claims filed against Defendants, The Platinum Condominium Association Inc, First Service Residential Florida, Inc and Adriana Olmos in this cause, with prejudice. The Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Florida Court's E-Filing e-Portal, upon all interested parties of record on this 14th day of October 2025.

Respectfully Submitted,

By: */s/ Adam Ludwin*
Adam M. Ludwin, Esq.
FL Bar No.: 101742
Ludwin Law Group, P.A.
85 SE 4th Avenue, Suite 108
Delray Beach, FL 33483
Tel: 561-455-4455
Primary e-mail: Adam@LudwinLaw.com
Secondary e-mail: Tj@Ludwinlaw.com